**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.**



Dated: February 6 2013

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

In re:  Case No. 13-30346

TMT, INC.  In proceedings under Chapter 11

      Debtor  Hon. Mary Ann Whipple

_____/

### ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* OF LEON N. MAYER, HOWARD M. BORIN, BRENDAN G. BEST AND JOHN J. STOCKDALE, JR., AS COUNSEL FOR DEBTORS

Upon consideration of the Motion for Admission *Pro Hac Vice* of Leon N. Mayer, Howard M. Borin, Brendan G. Best, and John J. Stockdale, Jr., as Counsel for the Debtors (the "Motion"), and good cause having been shown,

**IT IS HEREBY ORDERED**, that the Motion is granted and Leon N. Mayer, Howard M. Borin, Brendan G. Best, and John J. Stockdale, Jr., are each hereby admitted *pro hac vice* to appear as counsel for Debtors and Debtors-In-Possession, and practice in these proceedings.

{00416509.1} 1