# United States Bankruptcy Court
## Northern District of Ohio
### Western District

| | | |
|---|---|---|
| IN RE | } | CASE NO. 13-30346 |
| TMT, INC. | } | JUDGE MARY ANN WHIPPLE |
| | } | |
| Debtor | } | CHAPTER 11 PROCEEDINGS |
| | } | |
| IN RE | } | CASE NO. 13-30347 |
| TMT LEASING, LLC | } | JUDGE MARY ANN WHIPPLE |
| | } | |
| Debtor | } | CHAPTER 11 PROCEEDINGS |
| | } | |
| IN RE | } | CASE NO. 13-30348 |
| TONY MARKS EQUIPMENT, INC. | } | JUDGE RICHARD L. SPEER |
| | } | |
| Debtor | } | CHAPTER 11 PROCEEDINGS |
| | } | |
| IN RE | } | CASE NO. 13-30349 |
| TMT AERO, INC. | } | JUDGE RICHARD L. SPEER |
| | } | |
| Debtor | } | CHAPTER 11 PROCEEDINGS |

## MOTION FOR ADMISSION PRO HAC VICE

Now comes Frederick S. Coombs, III, of Harrington, Hoppe & Mitchell, Ltd., a member of the bar of this Court, and respectfully moves for the admission pro hac vice for the purposes of representing Toledo Edison Company in the within cause, of John M. Craig, Esquire, 2258 Wheatlands Drive, Manakin-Sabot, Virginia 23103.

Mr. Craig is a member in good standing of the bars of the Commonwealth of Virginia, the District of Columbia, the United States Bankruptcy Courts for the Eastern and Western

{00092100-1}

Districts of Virginia, the United States District Court for the Eastern District of Virginia and the

Fourth Circuit Court of Appeals as certified by his subjoined signature.


DATE: 02/19/2013          /s/ John M. Craig
                          JOHN M. CRAIG, ESQ.

                          Respectfully submitted:

                          /s/Frederick S. Coombs, III
                          **FREDERICK S. COOMBS, III (0008889)**
                          **HARRINGTON, HOPPE & MITCHELL, LTD.**
                          P.O. Box 6077
                          Youngstown, Ohio  44501-6077
                          Telephone:     (330) 744-1111
                          Facsimile:     (330) 744-2029
                          E-mail:  fcoombs@hhmlaw.com
                          **Local Counsel**
                          **Attorneys for Toledo Edison Company**


## CERTIFICATE OF SERVICE

I certify that on February 19, 2013, a true and accurate copy of the foregoing **Motion for**

**Admission Pro Hac Vice** was served:

Via the court's Electronic Case Filing System on these entities and individuals who are

listed on the court's Electronic Mail Notice List:


Derrick Rippy, Ust11, on behalf of U.S. Trustee Ust11, at derrick.v.rippy@usdoj.gov

Leon N. Mayer, Esq., Howard M. Borin, Esq., Brendan G. Best, Esq., and John J. Stockdale, Jr..
Esq. of Schafer and Weiner, PLLC on behalf of Debtors and Debtors-in-Possession, at
        lnmayer@schaferandweiner.com, bbest@schaferandweiner.com,
        hborin@schaferandweiner.com, jstockdale@schaferandweiner.com

David J. Coyle, on behalf of Creditor FIRSTMERIT BANK NA, at dcoyle@slk-law.com

Max J. Newman, on behalf of Creditor Andersen Material Handling, at newman@butzel.com

John J. McHugh, on behalf of Interested Party Hinkle Manufacturing, Inc.. at
mchugh@mchughlaw.com, roxann@mchughlaw.com

And by regular U.S. Mail, postage prepaid, on:

Ally Bank
6716 Grade Lane, Bldg. 9
 Ste. 910
Louisville, KY  40213

Afco
5600 N. River Road, Ste. 400
Des Plaines, IL  60018

Airgas Great Lakes
6055 Rockside Woods, Blvd.
Independence, OH  44131

Anderson & Associates
30575 Anderson Ct.
Wixom, MI  48393

Alternative Management
 Resources
One Turtle Creek
Swanton, OH  43558

Ames Aviation
10646 County Road O
Napoleon, OH  43545

AT&T
208 S. Akard Street
Dallas, TX  75202

Matthew Johnson
Brooks Insurance
1120 Madison Avenue
Toledo, OH  43604

Barnes Distribution
4836 Brecksville Road
Richfield, OH  44286

Bowman Trailer Leasing
5940 Hagman
Toledo, OH  43612

Buckeye Cable
4818 Angola Road
Toledo, Ohio  43615

Court Square Leasing Corp.
14 Great Valley Parkway
 Ste. 100
Maumee, OH  43537

Century Link
100 Century Link Drive
Monroe, LA  71203

Clayton Lumber
10808 E. Railroad St.
P.O. Box 164
Clayton, MI  49235

Columbia Gas of Ohio
Revenue Recovery
200 Civic Center Drive
Columbus, OH  43215

Dry Creek Rentals
116 E. Clinton Street
Napoleon, OH  43545

First Merit Bank, N.A.
3 Cascade Plaza
CAS-61
Akron, OH  44308

Fleet
One/Transplatinum
5042 Linbar Drive
Nashville, TN  37211

Funbev Distributing
1000 Fairway Boulevard
Columbus, Ohio  43213

Henry County Airport Authority
10646 County Rd. O
Napoleon, OH  43545

Humphrey Transportation
Consultant
1225 Corporate Drive, Ste. C
Holland, OH  43528

Key Equipment
11030 Circle Point, Rd., 2nd Fl.
Broomfield, CO  80020

Ralph DeNune, III, Esq.
Lydy & Moan, Ltd.
4930 Holland Sylvania Road
Sylvania, OH  43560

M&T Bank
1100 Wehrle Drive
Buffalo, NY  14221

Northwestern Water
  Sewer District
12560 Middleton Pike
Bowling Green, OH  43402

PNC Bank
One PNC Plaza
249 Fifth Avenue
Pittsburgh, PA  15222

Personnel Resources, Inc.
5855 W. Main Street
Dothan, AL  36305

Power Cut Lawn Service
5821 Spruce Creek Woods Dr.
Port Orange, FL  32127

Prolift Industrial
12001 Plantside Drive
Louisville, KY  40299

Reminger & Reminger
101 Prospect Ave., West, Ste.
1400
Cleveland, OH  44115

Republic Waste Services
6749 Dixie Highway
Erie, MI  48133-9223

S&S Volvo/Leasing
2600 St. Johns Road
Lima, Ohio  45804

Southeast Industrial Equip
1220 Steel Creek Road
Charlotte, NC  28273

Steyer & Co., CPA's
2000 N. Clinton Street
Defiance, Oho  43512

TMW Systems, Inc.
25800 Science Park Dr.
  Ste. 225
Beachwood, OH  44122

The State Bank
401 Clinton Street
Defiance, OH  43512

Uline
12575 Uline Drive
Pleasant Prairie, WI  53158

Verizon
Bankruptcy Administration
P.O. Box 3397
Bloomington, IL  61702

William Vaughn Company
145 Chesterfield Land
Maumee, OH  43537

/s/Frederick S. Coombs, III
**FREDERICK S. COOMBS, III (0008889)**
**HARRINGTON, HOPPE & MITCHELL, LTD.**
**Local Counsel**
**Attorneys for Toledo Edison Company**